THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section          E-FILED 12-18-08
MICHELE C. MARCHAND                       JS-6
Assistant United States Attorney          CC: FISCAL
California Bar No. 93390
        U.S. Courthouse, 14th Floor
        312 North Spring Street
        Los Angeles, CA 90012
        Telephone: (213)894-2727
        Facsimile: (213)894-7177
        E-mail: Michele.Marchand@usdoj.gov

Attorneys for Plaintiff
United States of America

              UNITED STATES DISTRICT COURT

          FOR THE CENTRAL DISTRICT OF CALIFORNIA

                    WESTERN DIVISION


UNITED STATES OF AMERICA,        )   NO.   CV 08-4737-PSG(FFMx)
                                 )
          Plaintiff,             )   [~~Proposed~~]
                                 )   **CONSENT JUDGMENT OF FORFEITURE**
          v.                     )
                                 )
$66,616.57 in U.S. Currency,     )
                                 )
          Defendant.             )
_____  )
MGM WORLDWIDE TRAVEL AND          )
TRADING, INC. and RISTAR         )
KHOURNSO,                        )
                                 )
          Claimants.             )
_____  )


        This action was filed on July 18, 2008.  Notice was given

and published in accordance with law.  MGM Worldwide Travel &

Trading, Inc. and Ristar Khournso  ("claimants") filed a claim on

September 4, 2008 and an answer on October 2, 2008.  No other

claims or answers have been filed, and the time for filing claims and answers has expired.  Plaintiff and claimants have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.    This court has jurisdiction over the parties and the subject matter of this action.

2.    Notice of this action has been given in accordance with law.  All potential claimants to the defendant $66,616.57 in U.S. currency other than claimants are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.    The United States of America shall have judgment as to $56,616.57 of the defendant U.S. currency and all interest earned on the entire amount of the defendant currency.  No other person or entity shall have any right, title or interest in the forfeited currency.  The United States Internal Revenue Service is ordered to dispose of said asset in accordance with law.

4.    The remaining $10,000.00 of the defendant currency and all interest earned thereon shall be returned to claimants MGM Worldwide Travel & Trading, Inc. and Ristar Khournso in care of their attorney, Leonard J. Comden.  Said funds shall be forwarded by check made payable to "MGM Worldwide Travel & Trading, Inc.," and shall be mailed to Leonard J. Comden, Esq., Wasserman, Comden & Casselman, L.L.P., 5567 Reseda Boulevard,  Suite 330, Tarzana, California 91356.

5.    Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and

agents of the United States Internal Revenue Service, from any
and all claims, actions or liabilities arising out of or related
to this action, including, without limitation, any claim for
attorneys' fees, costs or interest which may be asserted on
behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or
otherwise.

/ / /

/ / /

/ / /

6.   The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: __12/17/2008__

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: December _____, 2008      THOMAS P. O'BRIEN
                                 United States Attorney
                                 CHRISTINE C. EWELL
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section


                                 _____
                                 MICHELE C. MARCHAND
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 United States of America

DATED: December _____, 2008      WASSERMAN, COMDEN & CASSELMAN, LLP


                                 _____
                                 LEONARD J. COMDEN

                                 Attorney for Claimants MGM
                                 Worldwide Travel & Trading, Inc.
                                 and Ristar Khournso

DATED: December _____, 2008


                                 _____
                                 MGM Worldwide Travel & Trading,
                                 Inc. and Ristar Khournso

                                 Claimants

4